UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-07836-JST<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF Nos. 6, 16 |

Defendant County of Santa Cruz filed a motion to dismiss the complaint on February 7, 2023. ECF No. 6. Plaintiff's opposition to that motion was due by February 21, 2023. Civ. L.R. 7-3(a).

As of April 12, 2023, Plaintiff has not filed an opposition to the motion to dismiss. The Court orders Plaintiff to show cause, in writing, by April 26, 2023, why this action should not be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 13, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge