UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-07836-JST<br><br>**ORDER OF DISMISSAL** |

On July 20, 2023, the Court granted motions to dismiss filed by Defendant County of Santa Cruz; Defendants Jesus Mendoza and Aron Quolas; and Defendant Danita R. Carrillo-Zolck. ECF No. 42. The deadline to file an amended complaint was August 9, 2023. *Id*. at 13. Because no amended complaint has been filed, this case is now dismissed with prejudice. The clerk shall enter a judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: October 16, 2023



　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　United States District Judge